UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:25-CR-96-CCB-SJF |
| KAYDEN BELL | |

### ORDER

Pursuant to 28 U.S.C. § 636 and Fed. R. Crim. P. 11, this case is hereby referred to Magistrate Judge Scott J. Frankel to conduct a plea hearing and make findings as follows:

> Whether the defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and (5) include a recommendation as to whether a plea of guilty should be accepted by the United States District Court Judge.

SO ORDERED on March 11, 2026.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT