UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 3:25-CR-96-CCB-SJF

KAYDEN BELL

## **ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge
Scott J. Frankel filed March 18, 2026. (ECF 53). Defendant Kayden Bell pleaded guilty to
Count 2 of the Indictment charging him with transmitting in interstate commerce a
threat to injure the person of another in violation of 18 U.S.C. § 875(c). No party
objected, and the time to object has passed. The Court now adopts the findings and
recommendation in their entirety. The plea of guilty to Count 2 of the Indictment is
hereby accepted, and the defendant is adjudged guilty of this offense.

Any objections a party submits to the probation officer in response to the draft
Presentence Report must specifically identify the basis of the objection and any
supporting authority. Should the Addendum to the final Presentence Report reflect any
outstanding objections by a party, that party must specifically state in its sentencing
memorandum whether it maintains that objection. If so, the party must identify the
basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent

with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on April 3, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2