UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:25-CR-96-CCB |
| | ) | |
| KAYDEN BELL | ) | |

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America submits the following memorandum in preparation for the sentencing hearing in this case.

### I.    The nature and circumstances of the offense.

In the fall of 2025, the FBI initiated an investigation into Kayden Bell for posting threatening statements on Telegram. Between August and October of 2025, Bell posted a series of derogatory and hateful posts targeting Jewish individuals, law enforcement, and the government. Some posts included racial slurs and also mentioned violence. In one post, Bell stated, "We need to kill as many Mossad agents as we can and as many Jews as we can to get a high score. None of us in here have ever killed Jews. So right now all of our body counts are zero. Change that. I plan on changing mine soon enough." He timely pled guilty to Count 2 of the Indictment, and the parties have no objection to the presentence investigation report. Bell's total offense level is 12, and he is in criminal history category I. His resulting guideline range is 10 to 16 months.  A sentence at the low-end of the guidelines is appropriate.

## II.     The defendant's history and characteristics.

Bell has one criminal history point, which is the result of a juvenile adjudication for misdemeanor dangerous possession of a firearm. In April of 2023, he was placed on formal probation for 6 months. Presently, he has a state criminal case pending for possession of methamphetamine. That charge relates to the execution of a search warrant on his home in October of 2025 (which was in response to the threats he made in this case). Officers located illegal narcotics inside of the residence, including suspected methamphetamine and THC products.

Bell has a history involving various mental and emotional health struggles. He has previously been hospitalized for serious behavioral health concerns and has attempted suicide on more than one occasion. Bell has also struggled with substance abuse and was introduced to marijuana at a young age. He had various instances during high school of exhibiting harassing and threatening behavior. He appears to have made some improvements during his term of incarceration in this case.

## III.    The seriousness of the offense, just punishment, deterrence, and respect for the law.

Any violation of federal law is serious. In this case, Bell garnered his first federal conviction by posting threatening statements online. *See* 18 U.S.C. § 3553(a)(2)(A). There is also a need for deterrence, specifically for Bell and generally for others, from engaging in this sort of criminality. Social media use is

commonplace and used by millions of people throughout the world. It can serve productive purposes, but it can also be a vehicle to encourage violence and promote hatred. Bell (and others) must be deterred from saying things that run the risk of encouraging another bad actor to actually carry out violence against others. *See* 18 U.S.C. § 3553(a)(2)(B). Similarly,  public safety concerns are heightened when individuals say threatening things on platforms that reach large audiences because it could encourage others to respond with violence. *See* 18 U.S.C. § 3553(a)(2)(C). Though his conduct in this case is indeed serious, the guidelines are appropriate, and a low-end sentence recognizes various applicable mitigators on this record.

## IV.    The government's sentencing recommendation.

All in all, the guidelines account for the relevant § 3553(a) factors. The government recommends that Bell receive a term of incarceration at the low-end of the guideline range followed by 2 years of supervised release.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   *s/ Lydia T. Lucius*
LYDIA T. LUCIUS
Assistant United States Attorney
M01 Robert A. Grant Federal Bldg.
204 S. Main Street
South Bend, Indiana 46601
Tel:   (574) 236-8287
Fax:   (574) 236-8155
E-mail:  Lydia.Lucius@usdoj.gov